# EXHIBIT A



## CORPORATION FILE DETAIL REPORT

| File Number | 61526412 | | |
|---|---|---|---|
| Entity Name | STATE COLLECTION SERVICE, INC. | | |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 03/05/2001 | State | WISCONSIN |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 10/09/2003 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | TERRY ARMSTRONG 2509 S STOUGHTON RD MADISON WI 53716 |
| Agent City | CHICAGO | Secretary Name & Address | DOUG SPAETE SAME |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 02/22/2018 | For Year | 2018 |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

**OTHER SERVICES**

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office Address

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B



Illinois Department of Financial and
Professional Regulation

# Lookup Detail View

### Contact
Contact Information

| Name | City/State/Zip | DBA/AKA |
|------|----------------|---------|
| STATE COLLECTION SERVICE INC | Geneva, IL 60134 | |

### License
License Information

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|----------------|-------------|--------|----------------------|----------------|-----------------|-------------------|
| 009001142 | LICENSED COLLECTION AGENCY BRANCH OFFICE | ACTIVE | 03/16/2011 | 05/12/2015 | 05/31/2018 | N |

### Other Licenses
Other Licenses

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|----------------|-------------|--------|----------------------|----------------|-----------------|-------------------|
| 009000715 | LICENSED COLLECTION AGENCY BRANCH OFFICE | ACTIVE | 06/06/2001 | 05/12/2015 | 05/31/2018 | N |
| 009001565 | LICENSED COLLECTION AGENCY BRANCH OFFICE | ACTIVE | 04/18/2016 | 04/18/2016 | 05/31/2018 | N |
| 017020526 | LICENSED COLLECTION AGENCY | ACTIVE | 06/06/2001 | 05/12/2015 | 05/31/2018 | N |

Generated on: 4/6/2018 10:50:35 AM

# EXHIBIT C

# *Community Lawyers Group*
### *73 W. Monroe Street, Suite 514*
### *Chicago, Illinois 60603*
### *PH: (312)765-7561*

February 4, 2018

State Collection Svc
PO Box 6250
Madison, WI  53701

Re:     *KATHLEEN LABRANCHE-DUNNORM*

████████████

*ACCOUNT: 3963**** (MEDICAL-UNIVERSAL RADIOLOGY)*
*Current Amount of Debt: $78.00*
*Last 4 of Social:* ████

Dear Sir or Madam:

The above referenced client is represented by our firm regarding all matters in connection with the above referenced debt, please direct any future communication regarding this account to our office. This client regrets not being able to pay, however, at this time they are insolvent, as their monthly expenses exceed the amount of income they receive, and the debt reported on the credit report is not accurate. If their circumstances should change, we will be in touch.

If you wish to discuss this matter, please contact our office directly at (312) 765-7561 to speak with the attorney assigned to the matter, Celetha Chatman.

Sincerely,
/s/ Celetha Chatman

Client Name:

*KATHLEEN LABRANCHE-DUNNORM*

████████████████

# EXHIBIT D

Name(s) associated with your credit

**Name**

KATHLEEN M LABRANCHE

KATHLEEN DUNNORM

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| STATE COLLECTION SERVICE | 3963 | $78 as of 03/19/2018 | 04/2016 | **Collection account. $78 past due as of Mar 2018.** |

2509 S STOUGHTON RD
MADISON, WI 53716
608 661 3000

**Type**
Collection

**Terms**
1 Months

**On record until**
Jul 2022

**Credit limit or original amount**
$78

**Date of status**
06/2016

**First reported**
06/2016

**Responsibility**
Individual

**Address identification number**
0229543030

**Original creditor**
UNIVERSAL RADIOLOGY

**High balance**
$0

**Monthly payment**
$0

**Recent payment amount**
$0

**Account history**

| 2018 Mar | Feb | Jan | 2017 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2016 Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | ND | C | C | ND | ND | C |

Collection as of Dec 2016 to Mar 2018, Oct 2016, Sep 2016, Jun 2016

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Feb 2018: $78 / No data / No data / No data
Jan 2018: $78 / No data / No data / No data
Dec 2017: $78 / No data / No data / No data
Nov 2017: $78 / No data / No data / No data
Oct 2017: $78 / No data / No data / No data
Sep 2017: $78 / No data / No data / No data
Aug 2017: $78 / No data / No data / No data
Jul 2017: $78 / No data / No data / No data
Jun 2017: $78 / No data / No data / No data
May 2017: $78 / No data / No data / No data
Apr 2017: $78 / No data / No data / No data
Mar 2017: $78 / No data / No data / No data
Feb 2017: $78 / No data / No data / No data
Jan 2017: $78 / No data / No data / No data
Dec 2016: $78 / No data / No data / No data
Oct 2016: $78 / No data / No data / No data
Sep 2016: $78 / No data / No data / No data
Jun 2016: $78 / No data / No data / No data
The original amount of this account was $78